

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 11, 2022

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Errol Alveranga* et al., 22 Mag. 3841

Dear Judge Krause,

In light of the arrest and presentment of the defendants in the above-titled matter today, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Steven J. Kochevar*
    Steven J. Kochevar
    Assistant United States Attorney
    (914) 993-1928

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge

Dated: May 11, 2022