**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com
Fax: 646-304-6604                                                                    Telephone 212-349-0230

**By ECF**

May 25, 2022

The Honorable Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                Re:    <u>U.S. v. Jhenelle Ying & Justine Ying</u>
                          22 M 3841 (JCM)

Dear Judge McCarthy:

      This letter is respectfully submitted to request an extension of time until Tuesday, May 31, 2022, to have the suretors sign the bond. This request is being made due to the compilation that arose from the fact that one of the suretors lives in Florida. I have been informed by Assistant United States Attorney Steven J. Kochevar that the Government consents to this request.

                                      Respectfully submitted,

                        By:  <u>/s/Andrew Patel</u>
                               Andrew G. Patel

cc:   Assistant United States Attorney
       Steven J. Kochevar (by email)

       Bruce Koffsky, Esq. (by email)

**APPLICATION GRANTED**

*[signature]*
Hon. Judith C. McCarthy    5-25-2022