# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

July 5, 2022

Magistrate Judge Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

       Re: *USA v Errol Alveranga,* 22 MJ 3841

Your Honor:

       I write to ask that this Court modify one condition of release. As you may recall, Mr. Alveranga was released on an unsecured bond, co-signed by two financially responsible persons. The bond specified that Mr. Alveranga would be on "stand-alone GPS monitoring." Because the GPS device has caused swelling in Mr. Alveranga's legs, and because pretrial services does not consider the condition necessary, we ask that this Court remove the condition of GPS monitoring.

       The government and pre-trial services both consent to this application.

       Respectfully submitted,

       /s/
       James E. Neuman

---

**APPLICATION GRANTED.**
The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 32.
Dated: July 5, 2022

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge